UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LENNARD AL MENDOZA,<br><br>            Petitioner,<br><br>     v.<br><br>JOHN MARSHALL, Warden,<br><br>            Respondent. | No. CV 06-492 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: _____8/9/08_____

_____
S. JAMES OTERO
United States District Judge